In the Matter of HOWARD H. FINGER (Admitted as HOWARD HENRY FINGER), an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, December 7, 1987

## APPEARANCES OF COUNSEL

*Frank A. Finnerty, Jr. (Ruthann E. Geary* of counsel), for petitioner.

## OPINION OF THE COURT

Per Curiam.

The respondent was admitted to practice by this court on January 27, 1971, under the name Howard Henry Finger.

On February 24, 1987, the respondent was convicted in the Supreme Court, Suffolk County, of criminal possession of a forged instrument in the second degree, a class D felony *(see,* Penal Law § 170.25), upon his plea of guilty. On April 13, 1987, the respondent was sentenced to six months' imprisonment and was placed on probation for a period of five years.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The respondent is disbarred and the clerk of the court is directed to strike his name from the roll of attorneys and counselors-at-law forthwith.

MOLLEN, P. J., MANGANO, THOMPSON, BROWN and NIEHOFF, JJ., concur.